1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

UNITED STATES OF AMERICA,                )

7                                                                   )

                                    Plaintiff,          )      Case No. MJ 08-526

8                                                                   )

          v.                                                     )

9                                                                   )      DETENTION ORDER

GABRIEL K. JANG,                                  )

10                                                                )

                                    Defendants.      )

11 _____ )

12    Offense charged:

13        Wire Fraud and Aggravated Identification Theft.

14     Detention Hearing:  November 25, 2008.

15        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and

16   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

17   that no condition or combination of conditions which the defendant can meet will reasonably

18   assure the appearance of the defendant as required and the safety of any other person and the

19   community.

20        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21        (1)      Defendant is charged with offenses spanning four years and involving millions of

22   dollars in losses.  The offenses involve co-conspirators in this state and other states including

23   Oregon and Georgia.  Defendant has prior criminal history involving fraud and theft.  Although

DETENTION ORDER -1

much of defendant's assets have been seized, there are still significant assets which are not accounted for. The government for instance has proffered that it cannot account for $51,000 in cash.

(2) The government also proffered that defendant has the ability to manufacture identification documents that would allow him to leave the country or evade arrest.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 25th day of November, 2008.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2